IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MERCHANTS BANK OF INDIANA, | ) |
| | ) |
| Plaintiff, | ) Civil Action No.  2:24-cv-1221 |
| | ) |
| vs. | ) |
| | ) |
| PAEX LANDMARK SQUARE PA, LP, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) ELECTRONICALLY FILED |

**COMPLAINT IN ACTION FOR MORTGAGE FORECLOSURE**

Plaintiff, Merchants Bank of Indiana ("Plaintiff" or "Merchants Bank"), by and through its undersigned counsel, hereby avers as follows in support of its Complaint in Action for Mortgage Foreclosure:

**Parties, Jurisdiction and Venue**

1. Plaintiff, Merchants Bank of Indiana, is an Indiana domestic financial institution organized and existing under the laws of the United States of America with its principal place of business located at 410 Monon Boulevard, Carmel, IN 46032.

2. Defendant, Paex Landmark Square PA LP ("Paex Landmark" or "Borrower"), is a limited partnership organized under the laws of the Commonwealth of Pennsylvania, with its principal place of business located at c/o Aron Puretz, 10 Hill Street, Suite 1E, Newark, NJ 07102.

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1332 because the matter is controversy exceeds $75,000 and the action is between citizens of different states.

4. Venue exists in this judicial district pursuant to 28 U.S.C. § 1391(a)(2) because the real property that is the subject of this action is situated in this district.

**Loan Documents**

A. **Mortgage – Facility A**

5. On or about September 2, 2022, Merchants Bank made a loan to Paex Landmark in the original principal amount of $10,736,000.00 ("Facility A Loan", and together will all amounts due and owing under the Facility A Note (defined in Paragraph 6 below) and related documents, shall be collectively referred to as the "Facility A Debt").

6. Paex Landmark executed and delivered to Merchants Bank a *Promissory Note (Facility A)* in favor of Merchants Bank dated September 2, 2022, in the original principal amount of $10,736,000.00 (the "Facility A Note"). A true and exact copy of the Facility A Note is attached hereto as Exhibit "1" and incorporated by reference herein.

7. Paex Landmark executed and delivered to Merchants Bank a *Loan Agreement (Facility A)* in favor of Merchants Bank dated September 2, 2022 (the "Facility A Loan Agreement"). A true and exact copy of the Facility A Loan Agreement is hereto as Exhibit "2" and incorporated by reference herein.

8. Merchants Bank is the current holder of the Facility A Note.

9. As security for the Note, Paex Landmark executed a *Mortgage, Assignment of Leases and Rents, Security Agreement, Financing Statement, and Fixture Filing (Facility A)* dated September 2, 2022, and recorded on September 8, 2022, in the Department of Real Estate of Erie County at Instrument No. 2022-019674 (the "Mortgage – Facility A"). A true and exact copy of the Mortgage – Facility A is attached hereto as Exhibit "3" and incorporated by reference herein.

10. On or about September 2, 2022, Paex Landmark also executed an *Assignment of Leases and Rents* ("Assignment – Facility A"), assigning all leases, subleases and agreements for

leasing, use or occupancy of the premises to Merchants Bank. A true and exact copy of the Assignment – Facility A is attached hereto as Exhibit "4" and incorporated by reference herein.

11. The security interest in the personal property granted by the Mortgage – Facility A was perfected by the filing of the following UCC-1 Financing Statements, relative to Facility A:

a. a UCC-1 Financing Statement filed on September 8, 2022, with the Pennsylvania Department of State, UCC Filing Section as File No. 2022090900094.

b. a UCC-1 Financing Statement filed in the Erie County Department of Real Estate on September 8, 2022, at Instrument No. 2022-019676.

(collectively, the "Financing Statements – Facility A"). A true and exact copy of the Financing Statements – Facility A are attached hereto as Exhibit "5" and incorporated by reference herein. (The Facility A Note, the Facility A Loan Agreement, the Mortgage – Facility A, the Assignment – Facility A, the Financing Statements – Facility A, and all other documents executed in connection with the Facility A Loan are hereinafter collectively referred to as the "Loan Documents – Facility A").

B. **Mortgage – Facility B**

12. On or about September 2, 2022, Merchants Bank made a second loan to Paex Landmark in the original principal amount of $1,764,000.00 ("Facility B Loan" and together will all amounts due and owing under the Facility B Note (defined in paragraph 13 below) and related documents, shall be collectively referred to as the "Facility B Debt").

13. Paex Landmark executed and delivered to Merchants Bank a *Promissory Note (Facility B)* in favor of Merchants Bank dated as of September 2, 2022, in the original principal amount of $1,764,000.00 (the "Facility B Note"). A true and exact copy of the Facility B Note is hereto as Exhibit "6" and incorporated by reference herein.

14. Paex Landmark executed and delivered to Merchants Bank *a Loan Agreement (Facility B)* in favor of Merchants Bank dated September 2, 2022 (the "Facility B Loan Agreement"). A true and exact copy of the Facility B Loan Agreement is hereto as Exhibit "7" and incorporated by reference herein.

15. Merchants Bank is the current holder of the Facility B Note.

16. As security for the Facility B Note, Paex Landmark executed an *Open-End Mortgage, Assignment of Leases and Rents, Security Agreement, Financing Statement, and Fixture Filing (Facility B)* dated September 2, 2022, and recorded on September 8, 2022, in the Department of Real Estate of Erie County at Instrument No. 2022-019677 (the "Mortgage – Facility B"). A true and exact copy of the Mortgage – Facility B is attached hereto as Exhibit "8" and incorporated by reference herein.

17. On or about September 2, 2022, Paex Landmark also executed an *Assignment of Leases and Rents* ("Assignment – Facility B"), assigning all leases, subleases and agreements for leasing, use or occupancy of the premises to Merchants Bank. A true and exact copy of the Assignment – Facility B is attached hereto as Exhibit "9" and incorporated by reference herein.

18. The security interest in the personal property granted by the Mortgage – Facility B was perfected by the filing of the following UCC-1 Financing Statements, relative to Facility B;

   c. a UCC-1 Financing Statement filed on September 8, 2022, with the Pennsylvania Department of State, UCC Filing Section as File No. 2022090900096.

   d. a UCC-1 Financing Statement filed in the Erie County Department of Real Estate on September 8, 2022, at Instrument No. 2022-019679.

(collectively, the "Financing Statements – Facility B"). A true and exact copy of the Financing Statements – Facility B are attached hereto as Exhibit "10" and incorporated by reference herein.

(The Facility B Note, the Facility B Loan Agreement, the Mortgage – Facility B, the Assignment – Facility B and the Financing Statements – Facility B, and all other documents executed in connection with the Facility B Loan are hereinafter collectively referred to as the "Loan Documents - Facility B").

## Property Subject to the Mortgages

19. Pursuant to the Mortgage – Facility A and the Mortgage – Facility B (collectively, the "Mortgages"), Merchants Bank holds a first-priority lien on certain real property located in Erie County, Pennsylvania, more fully described on Exhibit "11" attached hereto and made a part hereof (the "Real Property").

20. The Financing Statements – Facility A and Financing Statements – Facility B (collectively, the "Financing Statements") and the Mortgages also grant a valid and enforceable first priority lien on, among other things, all personal property and fixtures used on or in connection with the Real Property (collectively, the "Personal Property and Fixtures") as more particularly described in the Loan Documents - Facility A and Loan Documents - Facility B (collectively, the "Loan Documents").

21. Pursuant to 13 Pa.C.S.A. § 9604 Merchants Bank elects to proceed as to the Real Property, Personal Property and Fixtures (collectively, the "Property") in accordance with the rights and remedies available under the Loan Documents.

## Interests of the Parties

22. Merchants Bank is the holder of the Facility A Note and the Facility B Note (the "Notes") and mortgagee and secured creditor under the Loan Documents with respect to the Property.

23. Paex Landmark is the fee owner of the Real Property and the owner of the Personal Property and Fixtures.

**Defaults**

24. Various events of default have occurred under the Facility A Loan, the Facility B Loan and Loan Documents, including but not limited to the failure of Paex Landmark to make timely payments when due in particular by failing to make the payment due and owing on March 10, 2024 and each month thereafter (the "**Default**"). *See* Ex. 2, Facility A Loan Agreement ¶ 12.1(a),(b); Ex. 7, Facility B Loan Agreement ¶ 12.1(a),(b) (collectively, the "Loan Agreements").

25. Among other remedies, in the event of a Default, the Loan Agreements provide that Merchants Bank may:

> (a) Declare all of the indebtedness evidenced by the Note and remaining unpaid, including without limitation the entire unpaid principal balance, any accrued and unpaid interest, all prepayment premiums payable under the Note, if any, and all other amounts payable under the Note, to be immediately due and payable, anything contained herein or in the Note to the contrary notwithstanding;

Ex. 2, Facility A Loan Agreement ¶ 12.1(a),(b); Ex. 7, Facility B Loan Agreement ¶ 12.1(a),(b)

26. By reason of the foregoing defaults and pursuant to the provisions of the Loan Documents: (i) on or about May 10, 2024, Merchants Bank delivered a written notice of default to Paex Landmark with respect to the Default, declaring the existence of the Default and terminating Paex Landmark's revocable license to collect rents payable by tenants or occupants occupying the Real Property (the "Default Notice"). A true and exact copy of the Default Notice is attached hereto as Exhibit "12" and incorporated by reference herein.

27. Paex Landmark has not cured the Default.

**Itemized Statement of Amount Due**

28. The amount of the debt (exclusive of attorneys' fees and costs which have not yet posted to the Paex Landmark's account) due and payable as of August 5, 2024, was

$11,637,794.80 (the "Debt").  An itemized statement of the Debt is attached hereto as Exhibit "13" and incorporated by reference herein.

29. Pursuant to the terms of the Loan Documents, Merchants Bank also seeks recovery of all costs, fees and expenses incurred in this action.

## Demand for Judgment

a. Paex Landmark is in default of the Loan Documents, as a result of which the entire unpaid principal balance, interest, late fees, attorneys' fees and costs, and all other sums due are collectible forthwith.

b. As a result of Paex Landmark's default, as well as its mismanagement of the Real Estate, Merchants Bank is also entitled to the immediate appointment of a receiver.

c. As of August 5, 2024, in addition to other charges presently not calculated, Paex Landmark was obligated to Merchants Bank under the Loan Documents, as follows:

| | |
|---|---|
| Principal balance | $11,000,000.00 |
| Interest | $479,884.17 |
| Default Interest | $163,777.78 |
| Late fees | $44,336.13 |
| Exit Fee | $124,960.00 |
| Payoff Processing Fee | $1,200.00 |
| Subtotal | $11,814,158.08 |
| | |
| RESERVE BALANCES | |
| Repair Reserve | $71,754.67 |
| Replacement Reserve | $36,346.69 |
| Tax Escrow | $68,261.92 |
| Total Escrow/Reserves: | $176,368.28 |
| **TOTAL DUE** | **$11,637,794.80** |

Interest accrues at the rate of $2,633.00 per diem, with additional default interest accruing at the rate of $1,192.89 per diem.

d.  All notices and demands have been made in accordance with the terms of the Loan Documents.

WHEREFORE, the Plaintiff Merchants Bank of Indiana requests that a judgment of foreclosure be entered in its favor against Defendant, Paex Landmark Square PA LP in the amount of not less than **$11,637,794.80**, together with interest continuing at the interest rate and default interest rate set forth in the Notes, plus attorneys' fees and costs of collection, which continue to accrue, and all costs of preserving and maintaining the Property, including without limitation all costs associated with any receivership, as well as a decree that Defendant's rights and equity of redemption in the Property be forever barred and foreclosed, and an order that the Property be sold and the Debt be paid out of the proceeds of the sale, as well as any other relief this Court deems necessary or appropriate.

Respectfully submitted,

MEYER UNKOVIC & SCOTT, LLP

*/s/ Jason M. Yarbrough*
Robert E. Dauer, Jr.
PA I.D. 61699
Jason M. Yarbrough
PA I.D. 93160
Firm No. 199
1300 Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
Telephone: (412) 456-2800

Attorneys for Merchants Bank of Indiana

Dated: August 27, 2024

4862-8702-5104, v. 9