# EXHIBIT 1

## DESCRIPTION OF REAL ESTATE

**PARCEL 1:**

All that certain piece or parcel of land situate in the Third Ward of the City of Erie, County of Erie and Commonwealth of Pennsylvania, being the Easterly 30 feet of Lot No. 34 and all of Lot No. 35 in Block 3 on the Boulevard Park Re-Subdivision dated October 19, 1907 and recorded October 30, 1907 in the Recorder of Deeds Office of Erie County, Pennsylvania in Map Book 1, Page 349 and bounded and described as follows:

BEGINNING at the Southwesterly corner of the piece herein described at an iron survey Point found at the intersection of the Northerly right-of-way line of West Tenth Street, a 100 foot Right-of-Way, and the Easterly right-of-way line of Weschler Avenue, a 72 foot wide Right-of-Way; thence North 26° 02' 00" West, along the Easterly right-of-way line of Weschler Avenue, 103.12 feet to an iron survey point found; thence North 64° 00' 00" East, along the line common with lands now or formerly of Dennis C. and Lauren M. Brady, as described in Erie County Record Book 448, Page 1088, 71.25 feet to an iron survey point set; thence South 26° 02' 00" East, along the line common with lands now or formerly of Glen & Paula Stafford, as described in Erie County Record Book 300, Page 2311, 103.12 feet to an iron survey point found in the Northerly right-of-way line of West Tenth Street, aforesaid; thence South 64° 00' 00" West, along the Northerly right-of-way line of West Tenth Street, 71.25 feet to an iron survey point found, being the Point of Beginning.

Containing 0.169 acres of land.

Tax ID / Parcel Nos. 16-030-061.0-128.00 & 16-030-061.0-129.00

Property Address:  923-929 Weschler Avenue, Erie, PA 16502.


**PARCEL 2:**

All that certain piece or parcel of land situate in the Third Ward of the City of Erie, County of Erie and Commonwealth of Pennsylvania, being shown on an ALTA/NSPS Land Title Survey by Henry T. Welka & Associates dated June 3, 2019 and being more particularly bounded and described as follows to-wit:

BEGINNING at the Southeasterly corner of the piece herein described on the in the Northerly line of West 10th Street (a 100 foot right of way) being South 64' 00' 00' West a distance of 250 feet from the Westerly line of Weschler Avenue (a 72.00 foot right of way);

thence South 64' 00' 00" West along said Northerly line of West 10th Street a distance of 105.00 feet to the Southeasterly corner of lands now or formerly of Reed Manufacturing Company (Deed Book 1552, Page 392);

thence along said lands of Reed Manufacturing Company the following two courses:

North 26' 02' 00" West a distance of 113.00 feet;

thence North 64' 00' 00" East a distance of 105 feet to the Westerly line of lands now or formerly of DSSP, LLC (Instrument Number 2015-022049);

thence south 26' 00' 00" East along the Westerly line of DSSP, LLC a distance of 113.00 feet to the Point of Beginning.

Containing 0.272 acre (11,865 Sq. Ft).

Tax ID / Parcel No. 16-031-003.0-118.00

Property Address: 1426 W. 10th Street, Erie, PA 16502.

**PARCEL 3:**

All that certain piece or parcel of land situate in the Third Ward of the City of Erie, County of Erie and Commonwealth of Pennsylvania, bounded and described as follows, to-wit:

BEGINNING at the Northeasterly corner of the piece herein described at a Point at the intersection of the Westerly right-of-way line of Weschler Avenue, a 72 foot wide Right-of-Way, with the Southerly right-of-way line of Pearce Park, a 38 foot side Right-of-Way; thence South 26° 02' 00" East, along the Westerly right-of-way line of Weschler Avenue, 146.00 feet to an iron survey point found in the Northerly right-of-way line of West Eleventh Street, a 60 foot wide Right-of-Way; thence South 64° 00' 00" West, along the Northerly right-of-way line of West Eleventh Street, 300.90 feet to an iron survey point found in the Easterly right-of-way line of Amber Court, a 29 foot wide Right-of-Way; thence North 26° 02' 00" West, along the Easterly right-of-way line of Amber Court, 146.00 feet to an iron survey point found in the Southerly right-of-way line of Pearce Park, aforesaid; thence North 64° 00' 00" East, along the Southerly right-of-way line of Pearce Park,
300.90 feet to a point, being the point of beginning.

Containing 1.009 acres of land.

Tax ID / Parcel No. 16-031-002.0-200.00

Property Address: 1024-1026 Weschler Avenue, Erie, PA 16502.

**PARCEL 4:**

All that certain piece or parcel of land situate in the Third Ward of the City of Erie, County of Erie and Commonwealth of Pennsylvania, bounded and described as follows, to-wit:

BEGINNING at the Northeasterly corner of the piece herein described, at a point at the intersection of the Westerly right-of-way line of Weschler Avenue, a 72 foot wide Right-of-Way, with the Southerly right-of-way of West Tenth Street, a 100 foot wide Right-of-Way; thence South 26° 02' 00" East, along the Westerly right-of-way line of Weschler Avenue, 146.00 feet to a lead survey point found in the Northerly right-of-way line of Pearce Park, a 38 foot wide Right-of-Way; thence South 64° 00' 00" West, along the Northerly right-of-way line of Pearce Park, 300.90 feet to a lead survey point found in the Easterly right-of-way of Amber Court, a 29 foot wide Right-of-Way; thence North 26° 02' 00" West, along the Easterly right-of-way line of Amber Court, 146.00 feet to a lead survey point found in the Southerly right-of-way of West Tenth Street, aforesaid; thence North 64° 00' 00" East, along the Southerly right-of-way of West Tenth Street, 300.90 feet to a point, being the point of beginning.

Containing 1.009 acres of land.

Tax ID / Parcel No. 16-031-002.0-300.00

Property Address: Weschler Avenue, Erie, PA 16502.

**PARCEL 5:**

All that certain piece or parcel of land situate in the Third Ward of the City of Erie, County of Erie and Commonwealth of Pennsylvania, bounded and described as follows, to-wit:
BEGINNING at the Northeasterly corner of the piece herein described, at a lead survey Point found intersection of the Westerly right-of-way line of Amber court, a 29 foot wide Right-of-Way, with the Southerly right-of-way line of West Tenth Street, a 100 foot wide Right-of-Way; thence South 26° 02' 00" East, along the Westerly right-of-way line of Amber Court, 146.00 feet to a lead survey point found in the Northerly right-of-way line of Pearce Park, a 38 foot wide Right-of-Way; thence South 64° 00' 00" West, along the Northerly right-of-way line of Pearce Park, 311.00 feet to a lead survey point found in the Easterly right-of-way line of Abbey Lane (formerly West Drive), a variable width Right-of-Way; thence North 26° 02' 00" West, along the Easterly right-of-way line of Abbey Lane, 146.00 feet to an iron survey point found in the Southerly right-of-way line of West Tenth Street, aforesaid; thence North 64° 00' 00" East, along the Southerly right-of-way line of West Tenth Street, 311.00 feet to a lead survey point, being the point of beginning.

Containing 1.042 acres of land.

Tax ID / As to Parcel No. 16-031-002.0-400.00

Property Address: W. 10th Street, Erie, PA 16502

**PARCEL 6:**

All that certain piece or parcel of land situate in the Third Ward of the City of Erie, County of Erie and Commonwealth of Pennsylvania, bounded and described as follows, to-wit:

BEGINNING at the Northeasterly corner of the piece herein described at a Point at the intersection of the Westerly right-of-way line of Ambert Court, a 29 foot wide Right-of-Way, with the Southerly right-of-way line of Pearce Park, a 38 foot wide Right-of-Way; thence South 26° 02' 00" East, along the Westerly right-of-way line of Ambert Court, 146.00 feet to a point in the Northerly right-of-way line of West Eleventh Street, a 60 foot Right-of-Way; thence South 64° 00' 00" West, along the Northerly right-of-way line of West Eleventh Street, 311.00 feet to a point in the Easterly right-of-way line of Abbey Lane (formerly West Drive), a variable width Right-of-Way; thence No. 26° 02' 00" West, along the Easterly right-of-way line of Abbey Lane, 146.00 feet to a point in the Southerly right-of-way line of Pearce Park, aforesaid; thence North 64° 00' 00" East, along the Southerly right-of-way line of Pearce Park, 311.00 feet to a point, being the point of beginning.

Containing 1.042 acres of land.

Tax ID / Parcel No. 16-031-002.0-500.00

Property Address: W. 11th Street, Erie, PA 16502

**PARCEL 7:**

All that certain lot or parcel of land situate in the Third Ward of the City of Erie, County of Erie and Commonwealth of Pennsylvania, being Lot 1 on Abbey Lane Subdivision, Third Ward - Tract 23 - City of Erie, dated February 4, 1975 and recorded February 28, 1975 in the Recorder of Deeds Office of Erie County, Pennsylvania in Map Book Map Book 10, Page 63.

BEGINNING at the Northeasterly corner of the piece herein described, at a point at the Northerly terminus of the Westerly right-of-way line of Abbey Lane (formerly West Drive), a variable width Right-of-Way, said point being South 64° 00' 00" West, a distance of 20.24 feet from the intersection of the centerline of Abbey Lane with the centerline of West Tenth Street, a 100 foot Right-of-Way; thence South 25° 59' 56" East, along the Westerly right-of-way line of Abbey Lane, 380.24 feet to a point; thence South 64° 00' 15" West, along the line common with lands now or formerly of Erie Diesel & Truck Service, Inc., as described in Erie County Deed Book 1069, page 493, 190.60 feet to a point; thence North 26° 24' 54" West, continuing along lands of Erie Diesel & Truck Service, Inc., 61.52 feet to an iron survey point found; thence North 04° 15' 21" West, along the Easterly line of land now or formerly of Penn Advertising, Inc., as recorded in Erie County Record Book 313, Page 1035, 282.46 feet to a point; thence along the Easterly right-of-way line of the Bayfront Parkway, a variable width Right-of-Way, it being a curve to the left, having a radius of 550.30 feet, an arc distance of 67.35 feet to a point; thence North 64° 00' 00" East, along the line of common with lands now or formerly of the Reed Manufacturing Company, as described in Erie County Deed Book 1552, Page 392, 49.59 feet to a point, being the Point of Beginning.

Containing 1.192 acres of land.

TAX ID / Parcel No. 16-031-004.0-106.00

Property Address:  Abbey Lane, Erie, PA 16502.

**PARCEL 8:**

All that certain piece or parcel of land situate in the Third Ward of the City of Erie, County of Erie and Commonwealth of Pennsylvania, being shown on an ALTA/NSPS Land Title Survey by Henry T. Welka & Associates dated June 3, 2019 and being more particularly bounded and described as follows to-wit:

Beginning at Southeasterly corner of the piece herein described on the Northerly line of West 10th Street (a 100.00 foot right of way), being South 64' 00' 00" West a distance of 220.00 feet from the Westerly line of Weschler Avenue (72.00 foot right of way);

thence South 64' 00' 00" West along said Northerly line of West 10th Street a distance of 30.00 feet to the Southeasterly corner of lands now or formerly of Landmark Square Apartments II, LLC (Instrument Number 2013-005698);

thence North 26' 02' 00" West along the Easterly line of lands now or formerly of Landmark Square Apartments II, LLC for a distance of 113.00 feet thence continuing along lands now or formerly Reed Manufacturing Co. (Deed Book 1552, Page 392) for a distance of 52.00 feet, in all a total of 165 feet;

thence North 64' 00' 00" East continuing along said lands of Reed Manufacturing Co. a distance of 30.00 feet to the Northwesterly corner of lands now or formerly of Cynthia A. Lorelli (Record Book 308, Page 2315);

thence South 26' 02' 00" East along the Westerly line of said lands of Cynthia A. Lorelli a distance of 165.00 feet to the Point of Beginning.

Containing 0.1136 acre (4,950 Sq. Ft.)

Tax ID / Parcel No. 16-031-003.0-119.00

Property Address:  1424 W. 10th Street, Erie, PA 16502

TOGETHER WITH a non-exclusive easement for ingress and egress access as well as parking as further described in the Easement Agreement from the City of Erie to Ashwood partners LLC recorded September 18, 2006, in the Recorder of Deeds Office of Erie County, Pennsylvania in Record Book 1361, Page 2368.

AS TO PARCELS 1 – 7: Being the same premises which Landmark Square Apartments II, LLC, an Ohio limited liability company by Deed dated June 17, 2019 and recorded July 2, 2019 in Erie County in Instrument No. 2019-012683 conveyed unto Erie Landmark Real Estate Partners, L.P., a Pennsylvania limited liability company, in fee.

AS TO PARCEL 8:

Being the same premises which DSSP, LLC, an Ohio limited liability company by Deed dated June 17, 2019 and recorded July 2, 2019 in Erie County in Instrument No. 2019-012684 conveyed unto Erie Landmark Real Estate Partners, L.P., a Pennsylvania limited liability company, in fee.