# EXHIBIT 11

2022-019679

# ERIE COUNTY CLERK OF RECORDS
RECORDER OF DEEDS DIVISION

Aubrea Hagerty-Haynes,
Clerk of Records

Erie County Courthouse I 140 W. Sixth St., Suite 121, Erie, PA 16501 I Phone: 814-451-6246
Fax: 814-451-6213 I www.eriecountypa.gov I recorder@eriecountypa.gov

## Certification Page
# DO NOT DETACH
### This page is now part of this legal document.

Instrument Number: 2022-019679

Instrument Type: UCC 1 ACT 18

Indexed Party: PAEX LANDMARK SQUARE PA LP

Record Date: 9/08/2022

Record Time: 08:26:31

Receipt No.: 1328818

--- 

### Receipt Distribution

| Fee/Tax Description | Payment Amount |
|---|---|
| UCC 1 ACT 18 | 95.00 |
| CO REC MGT ACCT | 2.00 |
| ROD REC MGT ACCT | 3.00 |
| ACH Transaction | $100.00 |
| Total Received........ | $100.00 |

Recording Page Count: 10

Paid By Remarks: Filed Electronically

I HEREBY **CERTIFY** THAT THIS DOCUMENT
IS RECORDED IN THE RECORDER OF DEEDS
OFFICE OF ERIE COUNTY, PENNSYLVANIA

AUBREA HAGERTY-HAYNES
ERIE COUNTY CLERK OF RECORDS

NOTE: Some information subject to change during the verification process and may not be reflected on this page.

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
**MICHAEL A. VALINETZ | 317.639.6151**

**B. E-MAIL CONTACT AT FILER (optional)**
**MICHAEL.VALINETZ @DINSMORE.COM**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

**MICHAEL A. VALINETZ**
**DINSMORE & SHOHL LLP**
**ONE INDIANA SQUARE, SUITE 1800**
**INDIANAPOLIS, INDIANA 46204-4208**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. **DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

**1a. ORGANIZATION'S NAME**

**PAEX LANDMARK SQUARE PA LP**

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **10 HILL STREET, SUITE 1E** | **NEWARK** HI | **NJ** | **07102** | **USA** |

2. **DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

**2a. ORGANIZATION'S NAME**

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only <u>one</u> Secured Party name (3a or 3b)

**3a. ORGANIZATION'S NAME**

**MERCHANTS BANK OF INDIANA**

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **410 MONON BOULEVARD, 5TH FLOOR** | **CARMEL** | **IN** | **46032** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

**See Extension Sheet and Exhibit "A" attached hereto and by reference incorporated herein.**

5. Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check <u>only</u> if applicable and check <u>only</u> one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check <u>only</u> if applicable and check <u>only</u> one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**Recorder of Erie County, Pennsylvania 400109-3703 (Landmark Apartments Facility B)**

**FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 12/01/16)**          International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT **ADDENDUM**

FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

**9a. ORGANIZATION'S NAME**

### PAEX LANDMARK SQUARE PA LP

OR

**9b. INDIVIDUAL'S SURNAME**

**FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**10. DEBTOR'S NAME:** Provide (10a or 10b) only <u>one</u> additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

**10a. ORGANIZATION'S NAME**

OR

**10b. INDIVIDUAL'S SURNAME**

**INDIVIDUAL'S FIRST PERSONAL NAME**

**INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**11.** ☐ **ADDITIONAL SECURED PARTY'S NAME** <u>or</u> ☐ **ASSIGNOR SECURED PARTY'S NAME:** Provide only <u>one</u> name (11a or 11b)

**11a. ORGANIZATION'S NAME**

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**

**13.** This FINANCING STATEMENT is to be filed [for record] (or recorded) in the ☒ REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☒ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

### See Extension Sheet and Exhibit "A" attached hereto and by reference incorporated herein.

**17. MISCELLANEOUS:**

## UCC FINANCING STATEMENT EXTENSION SHEET

This Financing Statement relates to an obligation secured by both a mortgage upon real estate filed for record in the Office of the Recorder of Erie County, Pennsylvania and a security interest in personal property collateral and fixtures.

This Financing Statement covers fixtures and is to be indexed in the real estate records of the County in which the real estate is situated and indexed in the UCC Records.

**This Financing Statement covers the following types or items of property:**

All estates, rights, title and interest which Debtor now has or may later acquire in and to the following properties, rights and interests:

A.    All buildings, structures, improvements and fixtures (including but not limited to all lighting fixtures and mechanical equipment) now or hereafter erected or placed in or upon the real estate more particularly described in <u>Exhibit "A"</u> attached hereto and by reference made a part hereof (the "Real Estate") or now or hereafter attached to or used in connection with the Real Estate to the extent such items may be considered part of the Real Estate under applicable law;

B.    All tenements, hereditaments, easements, appurtenances and other rights and privileges thereunto now or hereafter attaching and belonging, or in any way appertaining to the Real Estate, including without limitation (i) all surface and subsurface soils, (ii) all minerals, elements, oil, gas, and other commercially valuable substances which may be in, under or produced from any part of the Real Estate, (iii) all air rights, and (iv) all water and water rights;

C.    All rents, issues, profits, income, cash, proceeds, accounts, accounts receivable, instruments, letter of credit rights, insurance proceeds, deposit and other accounts, contract rights and general intangibles arising of or from the Real Estate or the improvements from time to time located thereon (the Real Estate and the improvements from time to time located thereon and the interests, estates and other rights and claims described in paragraphs A through C are hereinafter collectively are referred to as the "Premises"), including but not limited to the rents, income and profits arising from the operation of any business and all fees, charges, accounts or other payments for the use or occupancy of rooms and other public facilities in any hotel, motel, or other lodging properties located on the Real Estate (funds obtained as such rents, income, profits, fees, charges, accounts or other payments and held in any reserve, account or credit balance shall retain the character of such rents, income, profits, fees, charges, accounts or other payments);

D.    All leases, subleases, subtenancies, licenses, occupancy agreements and other agreements for the leasing, use, occupancy or enjoyment of any portion or all of the Premises now or hereafter existing, and all amendments, renewals and extensions thereof (hereinafter collectively referred to as the "Leases");

E.    All present and future guaranties of the performance of any lessee under any of the Leases and all letters of credit issued, and all other collateral granted, as security for the obligations of any tenant arising under or in connection with any of the Leases;

F.    All monies, deposit accounts, furniture, equipment, inventory, fixtures, accounts, accounts receivable, chattel paper, documents, investment property, trademarks and all trade name agreements, logos, licenses, instruments, contract rights, insurance proceeds, commercial tort

claims, franchise agreements, software, letter of credit rights, and general intangibles (including payment intangibles) in which Debtor now or hereafter has an interest, individually or with others, and which are located upon, used in connection with, related to or arising out of the Premises, and all additions, accessions and accretions to, replacements and substitutions for, products of and proceeds from any of the foregoing;

G.    All insurance policies relating to the Premises and all claims and rights to payment of proceeds and other sums payable thereunder or in connection therewith;

H.    All awards, compensation and settlements in lieu thereof made as a result of the taking by power of eminent domain of the whole or any part of the Premises, including any awards for damages sustained to the Premises, for a temporary taking, change of grade of streets or taking of access;

I.    All present and future deposits and revenues relating to the Premises, including without limitation security deposits, replacement revenue escrows, tax and insurance escrows and working capital reserves or escrows, and all funds of Debtor from time to time on deposit with Secured Party;

J.    All present and future building permits, operating permits, variances, licenses, governmental permits and approvals, utility permits, certificates of occupancy, and other permits, approvals and authorizations now or hereafter issued in connection with and the development, construction, equipping, maintenance or operation of the Premises;

K.    All present and future contracts or agreements relating to the design, development, construction, furnishing, equipping, operation, use or maintenance of the Premises, including without limitation all construction contracts and subcontracts, architectural contracts, engineering contracts and other design contracts and purchase agreements;

L.    All present and future contractor's, subcontractor's and supplier's warranties, guarantees of performance and undertakings with respect to services or materials furnished in connection with the design, development, construction, equipping, operation, use or maintenance of the Premises;

M.    All present and future service and other agreements relating to the operation, management, maintenance and repair of the Premises or the buildings and improvements thereon, whether now owned by Debtor or hereafter acquired or arising, including without limitation any present or future management agreement relating to the management or operation of the Premises;

N.    All present and future plans and specifications, surveys, site plans, soil reports, drawings and papers relating to the Premises and the development, design, construction and equipping of the improvements on the Premises, whether now owned by Debtor or hereafter acquired or arising;

O.    All present and future contracts and agreements providing for financial incentives, grants, tax credits, loans, infrastructure development by third parties or other financial support in connection with the design, development, construction, equipping, operation, use or maintenance of the Premises, including without limitation all tax increment financing agreements, bond financing agreements, tax credit allocations and awards, agreements for payment in lieu of taxes and other governmental project agreements;

P.  All building supplies and materials ordered or purchased for use in connection with the construction and equipping of the improvements on the Premises, whether now owned by Debtor or hereafter acquired or arising;

Q.  All proceeds and contract rights and payments payable to Debtor under any loan commitment for financing of the Premises;

R.  Any contract or agreement previously or hereafter entered into by Debtor (but specifically excluding any of Debtor's obligations or liabilities arising in connection with in any such contract or agreement) which is an interest rate protection agreement, foreign currency exchange agreement, commodity price protection agreement, or other interest or currency exchange rate or commodity price hedging arrangement, including without limitation any contract or agreement relating to a rate swap, basis swap, forward rate transaction, commodity swap, commodity option, equity or equity index swap, equity or equity index option, bond option, interest rate option, foreign exchange transaction, cap transaction, floor transaction, collar transaction, forward transaction, currency swap transaction, cross-currency rate swap transaction, currency option or any other similar hedging arrangement or transaction;

S.  All present and future purchase and sale agreements for the purchase of any portion of the Premises or other property located on the Premises, including without limitation, security deposits, earnest money deposits, association fees or assessments, and related escrows; and

T.  All additions, accessions and accretions to, replacements and substitutions for, products thereof and any and all cash and non-cash proceeds therefrom, which proceeds include but are not limited to (i) any and all types of collateral heretofore described and (ii) any and all types of collateral in which a security interest may be perfected by filing in the Office of the Recorder of Erie County, Pennsylvania.

## EXHIBIT "A"

## Legal Description

PARCEL 1:

All that certain piece or parcel of land situate in the Third Ward of the City of Erie, County of Erie and Commonwealth of Pennsylvania, being the Easterly 30 feet of Lot No. 34 and all of Lot No. 35 in Block 3 on the Boulevard Park Re-Subdivision dated October 19, 1907 and recorded October 30, 1907 in the Recorder of Deeds Office of Erie County, Pennsylvania in Map Book 1, Page 349 and  bounded and described as follows:

BEGINNING at the Southwesterly corner of the piece herein described at an iron survey Point found at the intersection of the Northerly right-of-way line of West Tenth Street, a 100 foot Right-of-Way, and the Easterly right-of-way line of Weschler Avenue, a 72 foot wide Right-of-Way; thence North 26° 02' 00" West, along the Easterly right-of-way line of Weschler Avenue, 103.12 feet to an iron survey point found; thence North 64° 00' 00" East, along the line common with lands now or formerly of Dennis C. and Lauren M. Brady, as described in Erie County Record Book 448, Page 1088, 71.25 feet to an iron survey point set; thence South 26° 02' 00" East, along the line common with lands now or formerly of Glen & Paula Stafford, as described in Erie County Record Book 300, Page 2311, 103.12 feet to an iron survey point found in the Northerly right-of-way line of West Tenth Street, aforesaid; thence South 64° 00' 00" West, along the Northerly right-of-way line of West Tenth Street, 71.25 feet to an iron survey point found, being the Point of Beginning.

Containing 0.169 acres of land.

Tax ID / Parcel Nos. 16-030-061.0-128.00 & 16-030-061.0-129.00

PARCEL 2:

All that certain piece or parcel of land situate in the Third Ward of the City of Erie, County of Erie and Commonwealth of Pennsylvania, being shown on an ALTA/NSPS Land Title Survey by Henry T. Welka & Associates dated June 3, 2019 and being more particularly bounded and described as follows to-wit:

BEGINNING at the Southeasterly corner of the piece herein described on the in the Northerly line of West 10th Street (a 100 foot right of way) being South 64' 00' 00" West a distance of 250 feet from the Westerly line of Weschler Avenue (a 72.00 foot right of way);

thence South 64' 00' 00" West along said Northerly line of West 10th Street a distance of 105.00 feet to the Southeasterly corner of lands now or formerly of Reed Manufacturing Company (Deed Book 1552, Page 392);

thence along said lands of Reed Manufacturing Company the following two courses:

North 26' 02' 00" West a distance of 113.00 feet;

thence North 64' 00' 00" East a distance of 105 feet to the Westerly line of lands now or formerly of DSSP, LLC (Instrument Number 2015-022049);

thence south 26' 00' 00" East along the Westerly line of DSSP, LLC a distance of 113.00 feet to the Point of Beginning.

Containing 0.272 acre (11,865 Sq. Ft).

Tax ID / Parcel No. 16-031-003.0-118.00

PARCEL 3:

All that certain piece or parcel of land situate in the Third Ward of the City of Erie, County of Erie and Commonwealth of Pennsylvania, bounded and described as follows, to-wit:

BEGINNING at the Northeasterly corner of the piece herein described at a Point at the intersection of the Westerly right-of-way line of Weschler Avenue, a 72 foot wide Right-of-Way, with the Southerly right-of-way line of Pearce Park, a 38 foot side Right-of-Way; thence South 26° 02' 00" East, along the Westerly right-of-way line of Weschler Avenue, 146.00 feet to an iron survey point found in the Northerly right-of-way line of West Eleventh Street, a 60 foot wide Right-of-Way; thence South 64° 00' 00" West, along the Northerly right-of-way line of West Eleventh Street, 300.90 feet to an iron survey point found in the Easterly right-of-way line of Amber Court, a 29 foot wide Right-of-Way; thence North 26° 02' 00" West, along the Easterly right-of-way line of Amber Court, 146.00 feet to an iron survey point found in the Southerly right-of-way line of Pearce Park, aforesaid; thence North 64° 00' 00" East, along the Southerly right-of-way line of Pearce Park,
300.90 feet to a point, being the point of beginning.

Containing 1.009 acres of land.

Tax ID / Parcel No. 16-031-002.0-200.00

PARCEL 4:

All that certain piece or parcel of land situate in the Third Ward of the City of Erie, County of Erie and Commonwealth of Pennsylvania, bounded and described as follows, to-wit:

BEGINNING at the Northeasterly corner of the piece herein described, at a point at the intersection of the Westerly right-of-way line of Weschler Avenue, a 72 foot wide Right-of-Way, with the Southerly right-of-way of West Tenth Street, a 100 foot wide Right-of-Way; thence South 26° 02' 00" East, along the Westerly right-of-way line of Weschler Avenue, 146.00 feet to a lead survey point found in the Northerly right-of-way line of Pearce Park, a 38 foot wide Right-of-Way; thence South 64° 00' 00" West, along the Northerly right-of-way line of Pearce Park, 300.90 feet to a lead survey point found in the Easterly right-of-way of Amber Court, a 29 foot wide Right-of-Way; thence North 26° 02' 00" West, along the Easterly right-of-way line of Amber Court, 146.00 feet to a lead survey point found in the Southerly right-of-way of West Tenth Street, aforesaid; thence North 64° 00' 00" East, along the Southerly right-of-way of West Tenth Street, 300.90 feet to a point, being the point of beginning.

Containing 1.009 acres of land.

Tax ID /  Parcel No. 16-031-002.0-300.00

PARCEL 5:

All that certain piece or parcel of land situate in the Third Ward of the City of Erie, County of Erie and Commonwealth of Pennsylvania, bounded and described as follows, to-wit:

BEGINNING at the Northeasterly corner of the piece herein described, at a lead survey Point found intersection of the Westerly right-of-way line of Amber court, a 29 foot wide Right-of-Way, with the Southerly right-of-way line of West Tenth Street, a 100 foot wide Right-of-Way; thence South 26° 02' 00" East, along the Westerly right-of-way line of Amber Court, 146.00 feet to a lead survey point found in the Northerly right-of-way line of Pearce Park, a 38 foot wide Right-of-Way; thence South 64° 00' 00" West, along the Northerly right-of-way line of Pearce Park, 311.00 feet to a lead survey point found in the Easterly right-of-way line of Abbey Lane (formerly West Drive), a variable width Right-of-Way; thence North 26° 02' 00" West, along the Easterly right-of-way line of Abbey Lane, 146.00 feet to an iron survey point found in the Southerly right-of-way line of West Tenth Street, aforesaid; thence North 64° 00' 00" East, along the Southerly right-of-way line of West Tenth Street, 311.00 feet to a lead survey point, being the point of beginning.

Containing 1.042 acres of land.

Tax ID / As to Parcel No. 16-031-002.0-400.00

PARCEL 6:

All that certain piece or parcel of land situate in the Third Ward of the City of Erie, County of Erie and Commonwealth of Pennsylvania, bounded and described as follows, to-wit:

BEGINNING at the Northeasterly corner of the piece herein described at a Point at the intersection of the Westerly right-of-way line of Ambert Court, a 29 foot wide Right-of-Way, with the Southerly right-of-way line of Pearce Park, a 38 foot wide Right-of-Way; thence South 26° 02' 00" East, along the Westerly right-of-way line of Ambert Court, 146.00 feet to a point in the Northerly right-of-way line of West Eleventh Street, a 60 foot Right-of-Way; thence South 64° 00' 00" West, along the Northerly right-of-way line of West Eleventh Street, 311.00 feet to a point in the Easterly right-of-way line of Abbey Lane (formerly West Drive), a variable width Right-of-Way; thence No. 26° 02' 00" West, along the Easterly right-of-way line of Abbey Lane, 146.00 feet to a point in the Southerly right-of-way line of Pearce Park, aforesaid; thence North 64° 00' 00" East, along the Southerly right-of-way line of Pearce Park, 311.00 feet to a point, being the point of beginning.

Containing 1.042 acres of land.

Tax ID / Parcel No. 16-031-002.0-500.00

PARCEL 7:

All that certain lot or parcel of land situate in the Third Ward of the City of Erie, County of Erie and Commonwealth of Pennsylvania, being Lot 1 on Abbey Lane Subdivision, Third Ward - Tract 23 - City of Erie, dated February 4, 1975 and recorded February 28, 1975 in the Recorder of Deeds Office of Erie County, Pennsylvania in Map Book Map Book 10, Page 63.

BEGINNING at the Northeasterly corner of the piece herein described, at a point at the Northerly terminus of the Westerly right-of-way line of Abbey Lane (formerly West Drive), a variable width Right-of-Way, said point being South 64° 00' 00" West, a distance of 20.24 feet from the intersection of the centerline of Abbey Lane with the centerline of West Tenth Street, a 100 foot Right-of-Way; thence South 25° 59' 56" East, along the Westerly right-of-way line of Abbey Lane, 380.24 feet to a point; thence South 64° 00' 15" West, along the line common with lands now or formerly of Erie Diesel & Truck Service, Inc., as described in Erie County Deed Book 1069, page 493, 190.60 feet to a point; thence North 26° 24' 54" West, continuing along lands of Erie Diesel & Truck Service, Inc., 61.52 feet to an iron survey point found; thence North 04° 15' 21" West, along the Easterly line of land now or formerly of Penn Advertising, Inc., as recorded in Erie County Record Book 313, Page 1035, 282.46 feet to a point; thence along the Easterly right-of-way line of the Bayfront Parkway, a variable width Right-of-Way, it being a curve to the left, having a radius of 550.30 feet, an arc distance of 67.35 feet to a point; thence North 64° 00' 00" East, along the line of common with lands now or formerly of the Reed Manufacturing Company, as described in Erie County Deed Book 1552, Page 392, 49.59 feet to a point, being the Point of Beginning.

Containing 1.192 acres of land.

TAX ID / Parcel No. 16-031-004.0-106.00

PARCEL 8:

All that certain piece or parcel of land situate in the Third Ward of the City of Erie, County of Erie and Commonwealth of Pennsylvania, being shown on an ALTA/NSPS Land Title Survey by Henry T. Welka & Associates dated June 3, 2019 and being more particularly bounded and described as follows to-wit:

Beginning at Southeasterly corner of the piece herein described on the Northerly line of West 10th Street (a 100.00 foot right of way), being South 64° 00' 00" West a distance of 220.00 feet from the Westerly line of Weschler Avenue (72.00 foot right of way);

thence South 64' 00' 00" West along said Northerly line of West 10th Street a distance of 30.00 feet to the Southeasterly corner of lands now or formerly of Landmark Square Apartments II, LLC (Instrument Number 2013-005698);

thence North 26' 02' 00" West along the Easterly line of lands now or formerly of Landmark Square Apartments II, LLC for a distance of 113.00 feet thence continuing along lands now or formerly Reed Manufacturing Co. (Deed Book 1552, Page 392) for a distance of 52.00 feet, in all a total of 165 feet;

thence North 64' 00' 00" East continuing along said lands of Reed Manufacturing Co. a distance of 30.00 feet to the Northwesterly corner of lands now or formerly of Cynthia A. Lorellu (Record Book 308, Page 2315);

thence South 26' 02' 00" East along the Westerly line of said lands of Cynthia A. Lorelli a distance of 165.00 feet to the Point of Beginning.

Containing 0.1136 acre (4,950 Sq. Ft.)

Tax ID /  Parcel No. 16-031-003.0-119.00

TOGETHER WITH a non-exclusive easement for ingress and egress access as well as parking as further described in the Easement Agreement from the City of Erie to Ashwood partners LLC recorded September 18, 2006, in the Recorder of Deeds Office of Erie County, Pennsylvania in Record Book 1361, Page 2368.

AS TO PARCELS 1 - 7:\line\line Being the same premises which Landmark Square Apartments II, LLC, an Ohio limited liability company by Deed dated June 17, 2019 and recorded July 2, 2019 in Erie County in Instrument No. 2019-012683 conveyed unto Erie Landmark Real Estate Partners, L.P., a Pennsylvania limited liability company, in fee.

AS TO PARCEL 8:

Being the same premises which DSSP, LLC, an Ohio limited liability company by Deed dated June 17, 2019 and recorded July 2, 2019 in Erie County in Instrument No. 2019-012684 conveyed unto Erie Landmark Real Estate Partners, L.P., a Pennsylvania limited liability company, in fee.

Filing# : 2022090900096
Date Filed : 09/08/2022
Pennsylvania Department of State

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**MICHAEL A. VALINETZ | 317.639.6151**

B. E-MAIL CONTACT AT FILER (optional)
**MICHAEL.VALINETZ@DINSMORE.COM**

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

**Record & Return to:**
**Riverside Abstract, LLC**
**1 Paragon Drive, Suite 150B**
**Montvale, NJ 07645**

TML2209090123

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **PAEX LANDMARK SQUARE PA LP** | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **10 HILL STREET, SUITE 1E** | **NEWARK** | **NJ** | **07102** | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **MERCHANTS BANK OF INDIANA** | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **410 MONON BOULEVARD, 5TH FLOOR** | **CARMEL** | **IN** | **46032** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

**See Extension Sheet and Exhibit "A" attached hereto and by reference incorporated herein.**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**PENNSYLVANIA SECRETARY OF STATE (400109-3703) LANDMARK FACILITY B** RADA-4678

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 12/01/16)

International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT EXTENSION SHEET

**This Financing Statement covers the following types or items of property:**

All estates, rights, title and interest which Debtor now has or may later acquire in and to the following properties, rights and interests:

A.   All buildings, structures, improvements and fixtures (including but not limited to all lighting fixtures and mechanical equipment) now or hereafter erected or placed in or upon the real estate more particularly described in Exhibit "A" attached hereto and by reference made a part hereof (the "Real Estate") or now or hereafter attached to or used in connection with the Real Estate to the extent such items may be considered part of the Real Estate under applicable law;

B.   All tenements, hereditaments, easements, appurtenances and other rights and privileges thereunto now or hereafter attaching and belonging, or in any way appertaining to the Real Estate, including without limitation (i) all surface and subsurface soils, (ii) all minerals, elements, oil, gas, and other commercially valuable substances which may be in, under or produced from any part of the Real Estate, (iii) all air rights, and (iv) all water and water rights;

C.   All rents, issues, profits, income, cash, proceeds, accounts, accounts receivable, instruments, letter of credit rights, insurance proceeds, deposit and other accounts, contract rights and general intangibles arising of or from the Real Estate or the improvements from time to time located thereon (the Real Estate and the improvements from time to time located thereon and the interests, estates and other rights and claims described in paragraphs A through C are hereinafter collectively are referred to as the "Premises"), including but not limited to the rents, income and profits arising from the operation of any business and all fees, charges, accounts or other payments for the use or occupancy of rooms and other public facilities in any hotel, motel, or other lodging properties located on the Real Estate (funds obtained as such rents, income, profits, fees, charges, accounts or other payments and held in any reserve, account or credit balance shall retain the character of such rents, income, profits, fees, charges, accounts or other payments);

D.   All leases, subleases, subtenancies, licenses, occupancy agreements and other agreements for the leasing, use, occupancy or enjoyment of any portion or all of the Premises now or hereafter existing, and all amendments, renewals and extensions thereof (hereinafter collectively referred to as the "Leases");

E.   All present and future guaranties of the performance of any lessee under any of the Leases and all letters of credit issued, and all other collateral granted, as security for the obligations of any tenant arising under or in connection with any of the Leases;

F.   All monies, deposit accounts, furniture, equipment, inventory, fixtures, accounts, accounts receivable, chattel paper, documents, investment property, trademarks and all trade name agreements, logos, licenses, instruments, contract rights, insurance proceeds, commercial tort claims, franchise agreements, software, letter of credit rights, and general intangibles (including payment intangibles) in which Debtor now or hereafter has an interest, individually or with others, and which are located upon, used in connection with, related to or arising out of the Premises, and all additions, accessions and accretions to, replacements and substitutions for, products of and proceeds from any of the foregoing;

G. All insurance policies relating to the Premises and all claims and rights to payment of proceeds and other sums payable thereunder or in connection therewith;

H. All awards, compensation and settlements in lieu thereof made as a result of the taking by power of eminent domain of the whole or any part of the Premises, including any awards for damages sustained to the Premises, for a temporary taking, change of grade of streets or taking of access;

I. All present and future deposits and revenues relating to the Premises, including without limitation security deposits, replacement revenue escrows, tax and insurance escrows and working capital reserves or escrows, and all funds of Debtor from time to time on deposit with Secured Party;

J. All present and future building permits, operating permits, variances, licenses, governmental permits and approvals, utility permits, certificates of occupancy, and other permits, approvals and authorizations now or hereafter issued in connection with and the development, construction, equipping, maintenance or operation of the Premises;

K. All present and future contracts or agreements relating to the design, development, construction, furnishing, equipping, operation, use or maintenance of the Premises, including without limitation all construction contracts and subcontracts, architectural contracts, engineering contracts and other design contracts and purchase agreements;

L. All present and future contractor's, subcontractor's and supplier's warranties, guarantees of performance and undertakings with respect to services or materials furnished in connection with the design, development, construction, equipping, operation, use or maintenance of the Premises;

M. All present and future service and other agreements relating to the operation, management, maintenance and repair of the Premises or the buildings and improvements thereon, whether now owned by Debtor or hereafter acquired or arising, including without limitation any present or future management agreement relating to the management or operation of the Premises;

N. All present and future plans and specifications, surveys, site plans, soil reports, drawings and papers relating to the Premises and the development, design, construction and equipping of the improvements on the Premises, whether now owned by Debtor or hereafter acquired or arising;

O. All present and future contracts and agreements providing for financial incentives, grants, tax credits, loans, infrastructure development by third parties or other financial support in connection with the design, development, construction, equipping, operation, use or maintenance of the Premises, including without limitation all tax increment financing agreements, bond financing agreements, tax credit allocations and awards, agreements for payment in lieu of taxes and other governmental project agreements;

P. All building supplies and materials ordered or purchased for use in connection with the construction and equipping of the improvements on the Premises, whether now owned by Debtor or hereafter acquired or arising;

Q. All proceeds and contract rights and payments payable to Debtor under any loan commitment for financing of the Premises;

R.   Any contract or agreement previously or hereafter entered into by Debtor (but specifically excluding any of Debtor's obligations or liabilities arising in connection with in any such contract or agreement) which is an interest rate protection agreement, foreign currency exchange agreement, commodity price protection agreement, or other interest or currency exchange rate or commodity price hedging arrangement, including without limitation any contract or agreement relating to a rate swap, basis swap, forward rate transaction, commodity swap, commodity option, equity or equity index swap, equity or equity index option, bond option, interest rate option, foreign exchange transaction, cap transaction, floor transaction, collar transaction, forward transaction, currency swap transaction, cross-currency rate swap transaction, currency option or any other similar hedging arrangement or transaction;

S.   All present and future purchase and sale agreements for the purchase of any portion of the Premises or other property located on the Premises, including without limitation, security deposits, earnest money deposits, association fees or assessments, and related escrows; and

T.   All additions, accessions and accretions to, replacements and substitutions for, products thereof and any and all cash and non-cash proceeds therefrom, which proceeds include but are not limited to (i) any and all types of collateral heretofore described and (ii) any and all types of collateral in which a security interest may be perfected by filing in the Office of the Secretary of State of Pennsylvania.

## EXHIBIT "A"

## Legal Description

PARCEL 1:

All that certain piece or parcel of land situate in the Third Ward of the City of Erie, County of Erie and Commonwealth of Pennsylvania, being the Easterly 30 feet of Lot No. 34 and all of Lot No. 35 in Block 3 on the Boulevard Park Re-Subdivision dated October 19, 1907 and recorded October 30, 1907 in the Recorder of Deeds Office of Erie County, Pennsylvania in Map Book 1, Page 349 and bounded and described as follows:

BEGINNING at the Southwesterly corner of the piece herein described at an iron survey Point found at the intersection of the Northerly right-of-way line of West Tenth Street, a 100 foot Right-of-Way, and the Easterly right-of-way line of Weschler Avenue, a 72 foot wide Right-of-Way; thence North 26° 02' 00" West, along the Easterly right-of-way line of Weschler Avenue, 103.12 feet to an iron survey point found; thence North 64° 00' 00" East, along the line common with lands now or formerly of Dennis C. and Lauren M. Brady, as described in Erie County Record Book 448, Page 1088, 71.25 feet to an iron survey point set; thence South 26° 02' 00" East, along the line common with lands now or formerly of Glen & Paula Stafford, as described in Erie County Record Book 300, Page 2311, 103.12 feet to an iron survey point found in the Northerly right-of-way line of West Tenth Street, aforesaid; thence South 64° 00' 00" West, along the Northerly right-of-way line of West Tenth Street, 71.25 feet to an iron survey point found, being the Point of Beginning.

Containing 0.169 acres of land.

Tax ID / Parcel Nos. 16-030-061.0-128.00 & 16-030-061.0-129.00

PARCEL 2:

All that certain piece or parcel of land situate in the Third Ward of the City of Erie, County of Erie and Commonwealth of Pennsylvania, being shown on an ALTA/NSPS Land Title Survey by Henry T. Welka & Associates dated June 3, 2019 and being more particularly bounded and described as follows to-wit:

BEGINNING at the Southeasterly corner of the piece herein described on the in the Northerly line of West 10th Street (a 100 foot right of way) being South 64' 00' 00" West a distance of 250 feet from the Westerly line of Weschler Avenue (a 72.00 foot right of way);

thence South 64' 00' 00" West along said Northerly line of West 10th Street a distance of 105.00 feet to the Southeasterly corner of lands now or formerly of Reed Manufacturing Company (Deed Book 1552, Page 392);

thence along said lands of Reed Manufacturing Company the following two courses:

North 26' 02' 00" West a distance of 113.00 feet;

thence North 64' 00' 00" East a distance of 105 feet to the Westerly line of lands now or formerly of DSSP, LLC (Instrument Number 2015-022049);

thence south 26' 00' 00" East along the Westerly line of DSSP, LLC a distance of 113.00 feet to the Point of Beginning.

Containing 0.272 acre (11,865 Sq. Ft).

Tax ID / Parcel No. 16-031-003.0-118.00

PARCEL 3:

All that certain piece or parcel of land situate in the Third Ward of the City of Erie, County of Erie and Commonwealth of Pennsylvania, bounded and described as follows, to-wit:

BEGINNING at the Northeasterly corner of the piece herein described at a Point at the intersection of the Westerly right-of-way line of Weschler Avenue, a 72 foot wide Right-of-Way, with the Southerly right-of-way line of Pearce Park, a 38 foot side Right-of-Way; thence South 26° 02' 00" East, along the Westerly right-of-way line of Weschler Avenue, 146.00 feet to an iron survey point found in the Northerly right-of-way line of West Eleventh Street, a 60 foot wide Right-of-Way; thence South 64° 00' 00" West, along the Northerly right-of-way line of West Eleventh Street, 300.90 feet to an iron survey point found in the Easterly right-of-way line of Amber Court, a 29 foot wide Right-of-Way; thence North 26° 02' 00" West, along the Easterly right-of-way line of Amber Court, 146.00 feet to an iron survey point found in the Southerly right-of-way line of Pearce Park; thence North 64° 00' 00" East, along the Southerly right-of-way line of Pearce Park,
300.90 feet to a point, being the point of beginning.

Containing 1.009 acres of land.

Tax ID / Parcel No. 16-031-002.0-200.00

PARCEL 4:

All that certain piece or parcel of land situate in the Third Ward of the City of Erie, County of Erie and Commonwealth of Pennsylvania, bounded and described as follows, to-wit:

BEGINNING at the Northeasterly corner of the piece herein described, at a point at the intersection of the Westerly right-of-way line of Weschler Avenue, a 72 foot wide Right-of-Way, with the Southerly right-of-way of West Tenth Street, a 100 foot wide Right-of-Way; thence South 26° 02' 00" East, along the Westerly right-of-way line of Weschler Avenue, 146.00 feet to a lead survey point found in the Northerly right-of-way line of Pearce Park, a 38 foot wide Right-of-Way; thence South 64° 00' 00" West, along the Northerly right-of-way line of Pearce Park, 300.90 feet to a lead survey point found in the Easterly right-of-way of Amber Court, a 29 foot wide Right-of-Way; thence North 26° 02' 00" West, along the Easterly right-of-way line of Amber Court, 146.00 feet to a lead survey point found in the Southerly right-of-way of West Tenth Street, aforesaid; thence North 64° 00' 00" East, along the Southerly right-of-way of West Tenth Street, 300.90 feet to a point, being the point of beginning.

Containing 1.009 acres of land.

Tax ID / Parcel No. 16-031-002.0-300.00

PARCEL 5:

All that certain piece or parcel of land situate in the Third Ward of the City of Erie, County of Erie and Commonwealth of Pennsylvania, bounded and described as follows, to-wit:

BEGINNING at the Northeasterly corner of the piece herein described, at a lead survey Point found intersection of the Westerly right-of-way line of Amber court, a 29 foot wide Right-of-Way, with the Southerly right-of-way line of West Tenth Street, a 100 foot wide Right-of-Way; thence South 26° 02' 00" East, along the Westerly right-of-way line of Amber Court, 146.00 feet to a lead survey point found in the Northerly right-of-way line of Pearce Park, a 38 foot wide Right-of-Way; thence South 64° 00' 00" West, along the Northerly right-of-way line of Pearce Park, 311.00 feet to a lead survey point found in the Easterly right-of-way line of Abbey Lane (formerly West Drive), a variable width Right-of-Way; thence North 26° 02' 00" West, along the Easterly right-of-way line of Abbey Lane, 146.00 feet to an iron survey point found in the Southerly right-of-way line of West Tenth Street, aforesaid; thence North 64° 00' 00" East, along the Southerly right-of-way line of West Tenth Street, 311.00 feet to a lead survey point, being the point of beginning.

Containing 1.042 acres of land.

Tax ID / As to Parcel No. 16-031-002.0-400.00

PARCEL 6:

All that certain piece or parcel of land situate in the Third Ward of the City of Erie, County of Erie and Commonwealth of Pennsylvania, bounded and described as follows, to-wit:

BEGINNING at the Northeasterly corner of the piece herein described at a Point at the intersection of the Westerly right-of-way line of Ambert Court, a 29 foot wide Right-of-Way, with the Southerly right-of-way line of Pearce Park, a 38 foot wide Right-of-Way; thence South 26° 02' 00" East, along the Westerly right-of-way line of Ambert Court, 146.00 feet to a point in the Northerly right-of-way line of West Eleventh Street, a 60 foot Right-of-Way; thence South 64° 00' 00" West, along the Northerly right-of-way line of West Eleventh Street, 311.00 feet to a point in the Easterly right-of-way line of Abbey Lane (formerly West Drive), a variable width Right-of-Way; thence No. 26° 02' 00" West, along the Easterly right-of-way line of Abbey Lane, 146.00 feet to a point in the Southerly right-of-way line of Pearce Park, aforesaid; thence North 64° 00' 00" East, along the Southerly right-of-way line of Pearce Park, 311.00 feet to a point, being the point of beginning.

Containing 1.042 acres of land.

Tax ID / Parcel No. 16-031-002.0-500.00

PARCEL 7:

All that certain lot or parcel of land situate in the Third Ward of the City of Erie, County of Erie and Commonwealth of Pennsylvania, being Lot 1 on Abbey Lane Subdivision, Third Ward - Tract 23 - City of Erie, dated February 4, 1975 and recorded February 28, 1975 in the Recorder of Deeds Office of Erie County, Pennsylvania in Map Book Map Book 10, Page 63.

BEGINNING at the Northeasterly corner of the piece herein described, at a point at the Northerly terminus of the Westerly right-of-way line of Abbey Lane (formerly West Drive), a variable width Right-of-Way, said point being South 64° 00' 00" West, a distance of 20.24 feet from the intersection of the centerline of Abbey Lane with the centerline of West Tenth Street, a 100 foot Right-of-Way; thence South 25° 59' 56" East, along the Westerly right-of-way line of Abbey Lane, 380.24 feet to a point; thence South 64° 00' 15" West, along the line common with lands now or formerly of Erie Diesel & Truck Service, Inc., as described in Erie County Deed Book 1069, page 493, 190.60 feet to a point; thence North 26° 24' 54" West, continuing along lands of Erie Diesel & Truck Service, Inc., 61.52 feet to an iron survey point found; thence North 04° 15' 21" West, along the Easterly line of land now or formerly of Penn Advertising, Inc., as recorded in Erie County Record Book 313, Page 1035, 282.46 feet to a point; thence along the Easterly right-of-way line of the Bayfront Parkway, a variable width Right-of-Way, it being a curve to the left, having a radius of 550.30 feet, an arc distance of 67.35 feet to a point; thence North 64° 00' 00" East, along the line of common with lands now or formerly of the Reed Manufacturing Company, as described in Erie County Deed Book 1552, Page 392, 49.59 feet to a point, being the Point of Beginning.

Containing 1.192 acres of land.

TAX ID / Parcel No. 16-031-004.0-106.00

PARCEL 8:

All that certain piece or parcel of land situate in the Third Ward of the City of Erie, County of Erie and Commonwealth of Pennsylvania, being shown on an ALTA/NSPS Land Title Survey by Henry T. Welka & Associates dated June 3, 2019 and being more particularly bounded and described as follows to-wit:

Beginning at Southeasterly corner of the piece herein described on the Northerly line of West 10th Street (a 100.00 foot right of way), being South 64° 00' 00" West a distance of 220.00 feet from the Westerly line of Weschler Avenue (72.00 foot right of way);

thence South 64° 00' 00" West along said Northerly line of West 10th Street a distance of 30.00 feet to the Southeasterly corner of lands now or formerly of Landmark Square Apartments II, LLC (Instrument Number 2013-005698);

thence North 26' 02' 00" West along the Easterly line of lands now or formerly of Landmark Square Apartments II, LLC for a distance of 113.00 feet thence continuing along lands now or formerly Reed Manufacturing Co. (Deed Book 1552, Page 392) for a distance of 52.00 feet, in all a total of 165 feet;

thence North 64' 00' 00" East continuing along said lands of Reed Manufacturing Co. a distance of 30.00 feet to the Northwesterly corner of lands now or formerly of Cynthia A. Lorellu (Record Book 308, Page 2315);

thence South 26' 02' 00" East along the Westerly line of said lands of Cynthia A. Lorelli a distance of 165.00 feet to the Point of Beginning.

Containing 0.1136 acre (4,950 Sq. Ft.)

Tax ID / Parcel No. 16-031-003.0-119.00

TOGETHER WITH a non-exclusive easement for ingress and egress access as well as parking as further described in the Easement Agreement from the City of Erie to Ashwood partners LLC recorded September 18, 2006, in the Recorder of Deeds Office of Erie County, Pennsylvania in Record Book 1361, Page 2368.

AS TO PARCELS 1 - 7:\line\line Being the same premises which Landmark Square Apartments II, LLC, an Ohio limited liability company by Deed dated June 17, 2019 and recorded July 2, 2019 in Erie County in Instrument No. 2019-012683 conveyed unto Erie Landmark Real Estate Partners, L.P., a Pennsylvania limited liability company, in fee.

AS TO PARCEL 8:

Being the same premises which DSSP, LLC, an Ohio limited liability company by Deed dated June 17, 2019 and recorded July 2, 2019 in Erie County in Instrument No. 2019-012684 conveyed unto Erie Landmark Real Estate Partners, L.P., a Pennsylvania limited liability company, in fee.