# EXHIBIT 12



***VIA OVERNIGHT FEDERAL EXPRESS***

Paex Landmark Square PA, LP
Attn: Aron Puretz
10 Hill Street, Suite 1E
Newark, New Jersey 07102

Aron Puretz
10 Hill Street, Suite 1E
Newark, New Jersey 07102

**RE: NOTICE OF DEFAULT**

Dear Mr. Puretz:

Our firm has been engaged to represent the interests of Merchants Bank of Indiana ("Merchants") with regards to certain commercial credit facilities extended by Merchants to you and Paex Landmark Square PA, LP ("Paex Landmark"). To our knowledge, you and Paex Landmark are not represented by counsel. If you or Paex Landmark are represented by counsel, please direct this letter to said counsel and provide us with contact information for such counsel.

Paex Landmark executed and delivered to the Merchants the following documents:

Facility A:

1. *Promissory Note (Facility A)* dated August 31, 2022 (the "Facility A Note") in the original principal amount of $10,736,000;
2. *Loan Agreement (Facility A)* dated August 31, 2022 (the "Facility A Loan Agreement");
3. *Mortgage, Assignment of Leases and Rents, Security Agreement, Financing Statement and Fixture Filing (Facility A)* dated August 31, 2022(the "Facility A Mortgage"), wherein Paex Landmark granted Merchants a security interest in certain real estate more particularly described in Exhibit A of the Mortgage and located in Erie County, Pennsylvania (the "Real Estate");
4. *Assignment of Leases and Rents (Facility A)* dated August 31, 2022 ("Facility A Assignment of Rents"), wherein Paex Landmark granted Merchants a security interests in, among other things, the rents and leases from the Real Estate (the "Rents and Leases");
5. *Continuing Guaranty (Facility A)* dated August 31, 2022, executed by you in favor of Merchants ("Facility A Guaranty"); and
6. *Replacement Reserve Agreement (Facility A)* dated August 31, 2022 ("Facility A Reserve Agreement") , executed by Paex Landmark in favor of Merchants.



The Facility A Note, Facility A Loan Agreement, Facility A Mortgage, Facility A Assignment of Rents, Facility A Guaranty and Facility A Reserve Agreement collectively are the "Facility A Loan Documents".

Facility B:

1. *Promissory Note (Facility B)* dated August 31, 2022 (the "Facility B Note") in the original principal amount of $1,764,000;
2. *Loan Agreement (Facility B)* dated August 31, 2022 (the "Facility B Loan Agreement";
3. *Mortgage, Assignment of Leases and Rents, Security Agreement, Financing Statement and Fixture Filing (Facility B)* dated August 31, 2022(the "Facility B Mortgage"), wherein Paex Landmark granted Merchants an additional security interest in the Real Estate;
4. *Assignment of Leases and Rents (Facility B)* dated August 31, 2022 ("Facility B Assignment of Rents"), wherein Paex Landmark granted Merchants an additional security interests in, among other things, the Rents and Leases; and
5. *Continuing Guaranty (Facility B)* dated August 31, 2022, executed by you in favor of Merchants ("Facility B Guaranty").

The Facility B Note, Facility B Loan Agreement, Facility B Mortgage, Facility B Assignment of Rents and Facility B Guaranty collectively are the "Facility B Loan Documents."  The Facility A Loan Documents and Facility B Loan Documents collectively are the "Loan Documents."

Events of default have occurred under the Loan Documents including, but not limited to, the failure to make timely payments when due thereunder (the "Default"). Upon an event of default, Merchants has the option to, among other things, accelerate the amounts due under the Loan Documents, foreclose on the Real Estate, request the appointment of a receiver and request all rents be turned over to Merchants. As of May 9, 2024, Paex Landmark is indebted to Merchants as follows:

1. Note A – $11,029,998.16 including principal in the amount of $10,736,000.00, interest in the amount of $318,453.62 (less General Suspense balance of $56,230.88) late fees in the amount of $31,775.42, and interest which continues to accrue from and after May 9, 2024, at the per diem rate of $2,630.32;
2. Note B – $270,115.38, including principal in the amount of $264,000.00, interest in the amount of $5,821.20, late fees in the amount of $294.18, and interest which continues to accrue from and after May 9, 2024, at the per diem rate of $64.68; and
3. Attorneys' fees and costs incurred by Merchants in an as-yet undetermined amount



(collectively, the "Indebtedness"). Paex Landmark may satisfy its obligations under the Loan Documents by remitting the sum of $11,300,113.54 to Merchants no later than 5:00 p.m. on May 20, 2024. In the event Paex Landmark fails to remit such sums by May 20, 2024, Merchants may exercise all of its rights and remedies under the Loan Documents including, but not limited to, filing litigation to enforce the Loan Documents. Merchants specifically reserves all remedies available to it, at law or equity, to enforce the collection of outstanding amounts due under the Loan Documents, and all other charges and expenses to which it is entitled to reimbursement.

Additionally, pursuant to the Facility A Assignment of Rents and Facility B Assignment of Rents, Merchants further reiterates its demand that all rent received by Paex Landmark for the Real Estate be remitted to Merchants no later than May 20, 2024. Such rents, along with a ledger itemizing the rent, tenant and rental period should be sent to Merchants at the following address:

> Robert J. Burtner
> Executive Vice President
> Merchants Capital
> 410 Monon Boulevard, 5th Floor
> Carmel, Indiana 46032

To the extent additional rents are received by Paex Landmark after May 20, 2024, such rent shall be remitted to Merchants at the address above within seventy-two (72) hours of receipt along with ledger information requested above.

Please contact the undersigned if you have any questions. Your anticipated cooperation is appreciated.

Sincerely,

Kay Dee Baird

Cc:     Robert J. Burtner, Merchants Capital (via email only)

ORIGIN ID:GSHA (317) 238-6306  SHIP DATE: 10MAY24
KAY DEE BAIRD                    ACTWGT: 0.50 LB
KRIEG DEVAULT LLP                CAD: 105506755/INET4535
ONE INDIANA SQUARE
SUITE 2800
INDIANAPOLIS, IN 46204           BILL SENDER
UNITED STATES US

TO  **ATTN: ARON PURETZ**

**10 HILL STREET**
**SUITE 1E**
**NEWARK NJ 07102**
(000) 000-0000         REF: GTSB-54
INV:
PO:                    DEPT:




583J4/C458/9AE3

TRK# 7763 3389 9836    SATURDAY 12:00P
0201                   PRIORITY OVERNIGHT

**X0 VAKA**              07102
              NJ-US   EWR



After printing this label:
CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

```
ORIGIN ID:GSHA    (317) 238-6306        SHIP DATE: 10MAY24
KAY DEE BAIRD                           ACTWGT: 0.50 LB
KRIEG DEVAULT LLP                       CAD: 105506755/INET4535
ONE INDIANA SQUARE
SUITE 2800
INDIANAPOLIS, IN 46204                  BILL SENDER
UNITED STATES US
```

TO **ATTN: ARON PURETZ**
**PAEX LANDMARK SQUARE PA, LP**
**10 HILL STREET**
**SUITE 1E**
**NEWARK NJ 07102**
(000) 000-0000    REF: GTSB-54
INV:
PO:    DEPT:




583J4/C458/9AE3

SATURDAY 12:00P
PRIORITY OVERNIGHT

TRK# 7763 3387 8194
0201

XO VAKA    07102
NJ-US    EWR



After printing this label:
CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.