# EXHIBIT 13

|  | Rate | Per Diem A | Per Diem B | Days | | | 1005340 | 1005341 | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Loan Balance** | | | | | | | **10,736,000.00** | **264,000.00** | **11,000,000.00** |
| Interest Due | | | | 03/10/24 | 07/09/24 | | 397,267.79 | 9,768.88 | 407,036.67 |
| Interest Per Diem | 8.83% | 2,633.30 | 64.75 | 07/10/24 | 08/05/24 | 27 | 71,099.16 | 1,748.34 | 72,847.50 |
| **Total Interest Due** | | | | | | | **468,366.95** | **11,517.22** | **479,884.17** |
| Default Interest Due | 4.00% | | | 03/25/24 | 07/09/24 | 107 | 127,639.11 | 3,138.67 | 130,777.78 |
| Default Interest Per Diem | 4.00% | 1,192.89 | 29.33 | 07/10/24 | 08/05/24 | 27 | 32,208.00 | 792.00 | 33,000.00 |
| **Total Default Interest Due** | | | | | | | **159,847.11** | **3,930.67** | **163,777.78** |
| **Fees and Expenses** | | | | | | | | | |
| Late Fees | | | | | | | 43,747.85 | 588.28 | 44,336.13 |
| Exit Fee | | | | | | | 107,360.00 | 17,600.00 | 124,960.00 |
| Payoff Processing Fee | | | | | | | 600.00 | 600.00 | 1,200.00 |
| **Subtotal** | | | | | | | **11,515,921.91** | **298,236.17** | **11,814,158.08** |
| | | | | | | | | | - |
| **Reserve Balances** | | | | | | | | | - |
| Repair Reserve | | | | | | | 71,754.67 | - | 71,754.67 |
| Replacement Reserve | | | | | | | 36,346.69 | - | 36,346.69 |
| Tax Escrow | | | | | | | 68,261.92 | - | 68,261.92 |
| Insurance Escrow | | | | | | | - | - | - |
| General Suspense | | | | | | | - | - | - |
| **Reserves Subtotal** | | | | | | | **176,363.28** | **-** | **176,363.28** |
| **Total Due** | | | | | | | **11,339,558.63** | **298,236.17** | **11,637,794.80** |

Precision LM: Payment Information for Loan# 1005340

| Due Date | Paid Date | Days Late | Total Due | Total Paid | Principal D | Principal P | Interest Due | Interest Paid |
|---|---|---|---|---|---|---|---|---|
| 8/10/2024 | | 0 | 132,203.81 | 0 | 0 | 0 | 81,632.37 | 0 |
| 7/10/2024 | | 26 | 133,520.46 | 0 | 0 | 0 | 78,999.07 | 0 |
| 6/10/2024 | | 56 | 136,188.36 | 0 | 0 | 0 | 81,539.92 | 0 |
| 5/10/2024 | | 87 | 133,426.52 | 0 | 0 | 0 | 78,909.60 | 0 |
| 4/10/2024 | | 117 | 136,188.36 | 0 | 0 | 0 | 81,539.92 | 0 |
| 3/10/2024 | | 148 | 130,664.68 | 0 | 0 | 0 | 76,279.28 | 0 |
| 2/10/2024 | 6/12/2024 | 123 | 136,382.50 | 132,296.26 | 0 | 0 | 81,724.82 | 81,724.82 |
| 1/10/2024 | 5/8/2024 | 119 | 136,210.44 | 136,210.44 | 0 | 0 | 81,909.72 | 81,909.72 |
| 12/10/2023 | 2/9/2024 | 61 | 133,060.31 | 129,114.83 | 0 | 0 | 78,909.60 | 78,909.60 |
| 11/10/2023 | 1/5/2024 | 56 | 136,016.29 | 136,016.29 | 0 | 0 | 81,724.82 | 81,724.82 |
| 10/10/2023 | 12/12/2023 | 63 | 133,154.25 | 129,204.30 | 0 | 0 | 78,999.07 | 78,999.07 |
| 9/10/2023 | 10/4/2023 | 24 | 135,725.07 | 131,652.70 | 0 | 0 | 81,447.47 | 81,447.47 |
| 8/10/2023 | 8/31/2023 | 21 | 134,269.01 | 130,265.97 | 0 | 0 | 80,060.74 | 80,060.74 |
| 7/10/2023 | 7/10/2023 | 0 | 102,418.08 | 102,418.08 | 0 | 0 | 77,388.67 | 77,388.67 |
| 6/10/2023 | 6/9/2023 | -1 | 104,073.21 | 104,073.21 | 0 | 0 | 79,043.80 | 79,043.80 |
| 5/10/2023 | 5/10/2023 | 0 | 99,555.14 | 99,555.14 | 0 | 0 | 74,525.73 | 74,525.73 |
| 4/10/2023 | 4/26/2023 | 16 | 105,404.47 | 101,577.09 | 0 | 0 | 76,547.68 | 76,547.68 |
| 3/10/2023 | 3/10/2023 | 0 | 92,332.20 | 92,332.20 | 0 | 0 | 67,302.79 | 67,302.79 |
| 2/10/2023 | 2/10/2023 | 0 | 98,156.48 | 98,156.48 | 0 | 0 | 73,127.07 | 73,127.07 |
| 1/10/2023 | 1/19/2023 | 9 | 96,954.65 | 96,954.65 | 0 | 0 | 71,925.24 | 71,925.24 |
| 12/10/2022 | 12/9/2022 | -1 | 90,340.08 | 90,340.08 | 0 | 0 | 65,310.67 | 65,310.67 |
| 11/10/2022 | 11/23/2022 | 13 | 90,746.71 | 87,617.31 | 0 | 0 | 62,587.90 | 62,587.90 |
| 10/10/2022 | 10/20/2022 | 10 | 80,946.08 | 80,946.08 | 0 | 0 | 55,916.67 | 55,916.67 |
| 9/10/2022 | 9/6/2022 | -4 | 14,362.38 | 14,362.38 | 0 | 0 | 14,362.38 | 14,362.38 |

Precision LM: Payment Information for Loan# 1005341

| Due Date | Paid Date | Days Late | Total Due | Total Paid | Principal Due | Principal Paid | Interest Due | Interest Paid |
|---|---|---|---|---|---|---|---|---|
| 8/10/2024 | | 0 | 2,007.35 | 0 | 0 | 0 | 2,007.35 | 0 |
| 7/10/2024 | | 26 | 2,039.73 | 0 | 0 | 0 | 1,942.60 | 0 |
| 6/10/2024 | | 56 | 2,105.33 | 0 | 0 | 0 | 2,005.08 | 0 |
| 5/10/2024 | | 87 | 2,037.42 | 0 | 0 | 0 | 1,940.40 | 0 |
| 4/10/2024 | | 117 | 2,105.33 | 0 | 0 | 0 | 2,005.08 | 0 |
| 3/10/2024 | | 148 | 1,969.51 | 0 | 0 | 0 | 1,875.72 | 0 |
| 2/10/2024 | 2/20/2024 | 10 | 2,009.63 | 2,009.63 | 0 | 0 | 2,009.63 | 2,009.63 |
| 1/10/2024 | 2/20/2024 | 41 | 2,114.88 | 2,114.88 | 0 | 0 | 2,014.17 | 2,014.17 |
| 12/10/2023 | 1/16/2024 | 37 | 2,037.42 | 2,037.42 | 0 | 0 | 1,940.40 | 1,940.40 |
| 11/10/2023 | 1/16/2024 | 67 | 2,110.11 | 2,110.11 | 0 | 0 | 2,009.63 | 2,009.63 |
| 10/10/2023 | 10/10/2023 | 0 | 1,942.60 | 1,942.60 | 0 | 0 | 1,942.60 | 1,942.60 |
| 9/10/2023 | 10/2/2023 | 22 | 2,102.95 | 2,002.81 | 0 | 0 | 2,002.81 | 2,002.81 |
| 8/10/2023 | 8/10/2023 | 0 | 1,968.71 | 1,968.71 | 0 | 0 | 1,968.71 | 1,968.71 |
| 7/10/2023 | 7/10/2023 | 0 | 1,903.00 | 1,903.00 | 0 | 0 | 1,903.00 | 1,903.00 |
| 6/10/2023 | 6/9/2023 | -1 | 1,943.70 | 1,943.70 | 0 | 0 | 1,943.70 | 1,943.70 |
| 5/10/2023 | 5/10/2023 | 0 | 1,832.60 | 1,832.60 | 0 | 0 | 1,832.60 | 1,832.60 |
| 4/10/2023 | 4/10/2023 | 0 | 1,882.32 | 1,882.32 | 0 | 0 | 1,882.32 | 1,882.32 |
| 3/10/2023 | 3/10/2023 | 0 | 1,654.99 | 1,654.99 | 0 | 0 | 1,654.99 | 1,654.99 |
| 2/10/2023 | 2/10/2023 | 0 | 1,798.21 | 1,798.21 | 0 | 0 | 1,798.21 | 1,798.21 |
| 1/10/2023 | 1/10/2023 | 0 | 1,768.65 | 1,768.65 | 0 | 0 | 1,768.65 | 1,768.65 |
| 12/10/2022 | 12/9/2022 | -1 | 1,606.00 | 1,606.00 | 0 | 0 | 1,606.00 | 1,606.00 |
| 11/10/2022 | 11/23/2022 | 13 | 1,616.00 | 1,539.05 | 0 | 0 | 1,539.05 | 1,539.05 |
| 10/10/2022 | 10/20/2022 | 10 | 1,375.00 | 1,375.00 | 0 | 0 | 1,375.00 | 1,375.00 |
| 9/10/2022 | 9/6/2022 | -4 | 353.17 | 353.17 | 0 | 0 | 353.17 | 353.17 |