# EXHIBIT 14



# Proposal to Provide

# Special Asset Solutions

Prepared for:

**Jason Yarbrough** | **Robert Dauer**
*Meyer, Unkovic & Scott* | *Meyer, Unkovic & Scott*

# Merchants Bank

Prepared by:

**Martin Perry, CCIM**
*Senior Managing Director*
t  412-434-1031
martin.perry@nmrk.com



# ABOUT NEWMARK

Newmark Group, Inc. (Nasdaq: NMRK), together with its subsidiaries ("Newmark"), is a world leader in commercial real estate, seamlessly powering every phase of the property life cycle.

Newmark's comprehensive suite of services and products is uniquely tailored to each client, from owners to occupiers, investors to founders, and startups to blue-chip companies. Combining the platform's global reach with market intelligence in both established and emerging property markets, Newmark provides superior service to clients across the industry spectrum.

For the year ending December 31, 2023, Newmark generated revenues of approximately $2.5 billion. Newmark's company-owned offices, together with its business partners, operated from approximately 170 offices with 7,400 professionals around the world.

Since 1970, the Pittsburgh office of NEWMARK has been a key contributor to the commercial real estate industry in the greater Pittsburgh, PA marketplace. Today, our office employs over 80 real estate professionals, with a full range of services including brokerage, property management, consulting, capital markets and appraisal services.

To learn more, visit nmrk.com or follow @newmark.

   



# Global Reach | Newmark by the Numbers

| | | |
|---|---|---|
| **~7,800** | **~170** | **$2.5B** |
| PROFESSIONALS | OFFICE LOCATIONS | ANNUAL REVENUES |
| **~$1.7T** | **55+** | **95** |
| TRANSACTION VOLUME 2022 + 2023 | COMPANIES ACQUIRED, SINCE 2011 | YEARS IN BUSINESS, FOUNDED IN 1929 |

Notes: Headcount and client service locations include independently-owned business partners. Excluding these business partners, we had nearly 7,400 employees in more than 140 offices as of June 30, 2024. Our revenues and volumes are for Newmark company-owned offices only. Volume figure is the notional value of leasing, investments sales, mortgage brokerage, and GSE/FHA origination transacted by the Company as well as the estimated value of all properties appraised by our V&A businesses for the past two calendar years.

## Martin Perry, CCIM
**Senior Managing Director**



**Newmark**
210 Sixth Avenue, Suite 600
Pittsburgh, PA 15222
Martin.perry@nmrk.com

T   412.434.1031
M  412.310.2315

**Years of Experience**
18 Years of Commercial Real Estate and Commercial Finance

**Areas of Specialization**
- Capital Markets
- Investment Sales
- Corporate Advisory Services
- Debt and Valuation Services

Martin Perry joined Newmark in 2013 and currently serves as Senior Managing Director in the company's Pittsburgh, PA office. An 18-year commercial real estate and finance veteran, Mr. Perry has substantial expertise in the commercial real estate industry, focusing on corporate leasing, strategic planning, capital markets, and lender services.

Additionally, Mr. Perry is frequently engaged by regional and national retailers, landlords, and financial institutions to provide agency leasing, site selection, consulting, valuation, and advisory services. Mr. Perry has completed more than 440 transactions totaling in excess of $920 million in revenue.

A select client list:
- LNR
- Midland Special Servicing
- Rialto Capital
- S & T Bank
- CW Capital
- First Commonwealth Bank
- MVB Bank

Mr. Perry joined Newmark after spending several years with a boutique commercial real estate brokerage firm in Pittsburgh, PA. In this capacity, Mr. Perry focused on regional and national retail accounts, assisting with expansion and relocation throughout Southwestern PA . Prior to his brokerage career, Mr. Perry served as Vice President of Commercial Banking at RBS/Citizens, where he was responsible for client development & relationship management, and commercial loan underwriting and origination.

**PROFESSIONAL ACHIEVEMENTS:**
- Top Producer, NEWMARK 2014, 2016, 2017,2018, 2019, 2020, 2021, 2022, 2023
- CoStar Power Broker 2010, 2012, 2014, 2016, 2017,2018, 2019, 2020, 2021, 2022, 2023
- 2010 SIOR Industrial Lease of the Year

**PROFESSIONAL AFFILIATIONS:**
- Member and Designee, Certified Commercial Investment Member (CCIM)
- Member, International Council of Shopping Centers (ICSC)
- Board Member, Financial Industries Network (FIN) Pittsburgh, PA
- Member, Turn Around Management Association (TMA)

## Kevin Spence
**Managing Director**



**Newmark**
210 Sixth Avenue, Suite 600
Pittsburgh, PA 15222
Martin.perry@nmrk.com
M  412.303.0608

**Years of Experience**
30 Years of Commercial Real Estate

**Areas of Specialization:**
- Investment Sales
- Capital Market Transactions
- Financial Advisory Services

Kevin Spence joined Newmark in 2017 and has over 30 years of experience in the commercial real estate industry. As a managing director in the Pittsburgh office, Mr. Spence focuses on capital market transactions, including investment sales, debt placement, receiverships and advisory services. His areas of expertise includes financial analysis, lease analysis, commercial real estate financing, environmental issues and ownership structuring.

Prior to joining Newmark, Mr. Spence served as a senior vice president in the Pittsburgh office of Royal Bank of Scotland (RBS) / Citizens Financial Group. As a commercial real estate lender for top-tier banks, including BNY Mellon, RBS Citizens and Wells Fargo, Mr. Spence covered all product types, including office, retail, industrial, multihousing, student housing, hotels, self-storage, condominiums, senior living facilities, build-to-suit and land development. His clients were located throughout the eastern U.S. with properties in Pennsylvania, Ohio, West Virginia, New York, Massachusetts, Washington, DC, North Carolina and Florida. Deal sizes were up to $110 million and included syndicated transactions, 1031 exchange properties and asset pools. Mr. Spence also successfully worked through a variety of distressed debt transactions and asset repositionings.

An active industry leader, Mr. Spence is a member of NAIOP, Financial Services Network (FIN), and International Council of Shopping Centers (ICSC). He holds a Master of Business Administration degree from the Wharton School of the University of Pennsylvania. Mr. Spence also attended Kenyon College, where he received a Bachelor of Arts degree and graduated cum laude with honors in history.

# Special & Distressed Asset Solutions:

### Services Overview:

We offer strategic advisory, consulting, receivership and a full range of brokerage services to assist financial institutions to preserve value, maximize profit, and minimize liabilities within their distressed real estate portfolio.

Our team has the expertise to handle any asset type, in any situation. When engaged, we gain intimate knowledge of the underlying collateral and uncover the core issues stressing the property. With this information, our team will implement the most advantageous workout strategy for the lender.



# Menu of Lender Services Provided

 **Tri-Party Workout:** A tri-party agreement between Borrower, Lender, and Newmark to facilitate the best overall outcome for all parties involved. This may involve a combination of property management, leasing, disposition, or debt & equity services.

 **Receiverships:** A court appointed receiver who will immediately capture revenue, control expenses, cure any life safety and deferred maintenance issues, while preserving the asset's value and the lender's debt amount. This may include services such as: accounting, property management, facility & construction management, and brokerage services. This service is strategic and attractive as the Lender may avoid the chain of title with a receivership disposition

 **REO Sales:** If the Lender chooses to take and cleanse title to the asset, the Lender shall engage Newmark to market the sale and maximize the assets value via a disposition.

 **Loan Sale:** A very proactive and efficient approach to move debt (individual loan or a loan portfolio) off the Lender's balance sheet. All asset classes, and all loan sizes are available for this service

## Experience with ALL Asset Classes

 **Multifamily**
 **Medical Office**
 **CBD & Suburban Office**
 **Warehouse & Industrial**
 **Retail Shopping Centers**



# Special Asset Solutions - Midwest

# A PROVEN TRACK RECORD
## Representative Clients

   

   

    

    

    

# Case Studies - The Right Team Getting The Right Results

### Center Square Shopping Center
### Pittsburgh, PA



— 415,000 sf of retail on (47) acres

— LNR engaged the team as a receiver and broker.

**Situation**:
The center was 36% occupied at receivership with numerous property issues and required significant repairs.

**Solution**:
Within (24) months, the team cured all significant repairs and added national retailers such as Lowes Home Improvement, Hobby Lobby, and Century Square Theaters, plus several smaller retailers increasing occupancy to 87%.

**Results**:
We successfully sold the center well above the loan amount for a profit to the lender and borrower.

### Stone Quarry Commons
### Monaca, PA



— 67,000 sf on (12) acres

— CW Capital engaged Newmark as a receiver and broker.

**Situation**:
The center was 78% occupied at receivership.

**Solution**:
Within (12) months, the team added a national retailer bringing the occupancy to 100

**Results**: Newmark initiated a national marketing campaign and sold the center for 112% of the debt amount

### Elkview Crossings Shopping Center
### Charleston, WV



— 270,000 sf on (40) acres

— LNR engaged the team as a receiver and broker

**Situation**:
A flood washed away the entrance of the shopping center stranding customers and employees.

**Solution**:
Newmark was engaged to evacuate the customers and employees and rebuild the entrance. All retailers had to close, and withheld rent. The entrance was rebuilt in record time, Newmark handled lease negotiations with existing tenants and marketed the center for new tenants.

**Results**:
Currently the center is 92% occupied and thriving

## 701 Sather Drive
## Pittstown, PA

— 40,625 sf of Juvenile Detention Center on 22 acres

— Team was engaged as a receiver to execute an exit strategy for Lender.

**Situation**:
The center was hit hard during the pandemic and closed due to COVID.

**Solution**:
Team retained key employees to efficiently operate the centers and prepare for a sale.

**Results**:
During the marketing process the state of PA was engaged that ultimately entered a long-term lease for both facilities that allowed the borrower to refinance making the lender "whole".



## 12 Dakota Drive
## Emlenton, PA

— 60,000 sf of Juvenile Detention Center on 15 acres

— Team was engaged as a receiver to execute an exit strategy for Lender.

**Situation**:
The center was hit hard during the pandemic and closed due to COVID.

**Solution**:
Team retained key employees to efficiently operate the centers and prepare for a sale.

**Results**:
During the marketing process the state of PA was engaged that ultimately entered a long-term lease for both facilities that allowed the borrower to refinance making the lender "whole".



# Receivership Fee Structure

**Receivership Fee:**

— $ 2,000 per month and One Hundred and Ninety – Five ($ 195.00) per hour.

— If required, reimbursement of legal services, travel (using the 2024 IRS mileage rate) , courier, bank & accounting fees, express mail and extraordinary expenses associated with the receivership and management of the asset.

— If Newmark is successful in the disposition of this asset, receivership fees, up to $ 10,000, shall be credited against brokerage commissions earned at closing.






Awful company. Do not rent from ████████i!!! Never fixed water damage. Ceiling fell in my face during my sleep causing us to quickly relocate. Sent us our statement but not our deposit back. Been very unresponsive and unhelpful. This place isn't worth the trouble. Hot water was always out and you better hope nobody in the 9 apartment building flushes a toilet while you are in the shower.

 5

★☆☆☆☆ a week ago NEW

This place has the worst reviews in Erie for a reason. 8 years of living here, and 3 or 4 different management companies and landlords later nothing has improved. Honestly, the system was perfect when we originally moved in. Current man in the office, ████████ no respect for life in general, and made multiple threats during a time that we were experiencing multiple maintenance emergencies in the middle of winter. Aloft management isn't even local, so -when you do have a good customer service experience- it's never someone who is actually going to make a difference. DO NOT MOVE HERE! Do not invest into here!! This place is going to end up needing a full reset. I have tried reports to the better business bureau, but of course.. some people will slip through any crack they can.

 1



## Our Value-Added Management Services:

**The services detailed below are a la carte and structured and priced to best meet our client's and the asset's needs.**

– Stabilize and physically maintain property

– Assume control of the rents and expenses at the property

– Prepare annual property budgets

– If appropriate, challenge real estate tax assessment for the property

– Control access to the property

– Gather and maintain, in an orderly fashion, all records, leases, plans, files and documents pertaining to the property ownership and property ownership

– Work with local government to resolve any outstanding permit or entitlement issues

– Assist in settling title issues plaguing the property

– Perform accounting functions and prepare financial reports for the property for use by all parties

– Keep all parties informed through monthly reporting to the courts

– Determine and maintain adequate levels of property and liability insurance

– Negotiate and modify leases at property as necessary to stabilize, enhance, and increase value

– Oversee and complete any necessary capital improvements

– Management fees vary based on asset size, asset type, length of contract, and contracted.

# PROPOSED PROPERTY MANAGEMENT FEE STRUCTURE

**Compensation for our special asset management services for this assignment is as follows:**

- **Fee for initial transition:** This includes creation of new operating accounts, tenant on-boarding, implementation of accounting systems, transfer and negotiation of utilities contracts, review and negotiation of maintenance & vendor contracts : One-time, initial fee of $ 150.00 per tenant, and an hourly rate of $ 175.00 per hour. If Newark is successful in the disposition of this asset, up to $ 10,000 of the initial set-up fee shall be credit against brokerage commissions earned at closing.

- **Asset Management Services:** This includes property evaluation, inspections, transfer and setup of all resident data, and property finances to a professional accounting software (such as RentManager or QuickBooks). Hire, and train site and leasing manager, and full-time maintenance staff to manage the day-to-day operations of the property. These services are typically handled by executive management with an hourly rate of $ 175.00 per hour.

- **Day to day property management operations:** Management will be compensated for its services which will be paid monthly out of the property operating account and treated as an operating expense. This fee, which will include payroll, commission and bonuses for all staff will be payable on or before the 30th day of each month for the prior month. The services covered by the management fee is intended to pay for our expertise to ensure that the property is marketed, tenants carefully selected, rents properly computed and collected, and for establishing a control system for operating the property on a sound fiscal and physical basis. This fee shall be the greater of $ 8,500 per month or (7.5%) of gross operating income on a monthly basis.

- **Marketing Budget:** All advertising and marketing expenses associated with the leasing and rebranding of the apartments shall be in addition to the property management fee detailed above.

- **Reporting:** Merchants Bank shall receive financial reporting on a monthly basis or within (48) hours of request.

- **Additional Services not covered, and may be in addition to the management fee include:**
    - ~ Cost of apartments turnover, cleaning,
    - ~ Legal expenses
    - ~ Financing & Accounting Services: Tax return and auditing expenses
    - ~ Building operating expenses
    - ~ Maintenance repairs
    - ~ Capital Improvements
    - ~ Cure Life Safety Issues

# Disposition Strategy

Property owners have come to expect NMRK industry-leading marketing and brokerage services as their key to staying ahead of the competition. By utilizing our experience, brokerage relationships, marketing expertise, and with our network of researchers who offer comprehensive, up-to-date analysis of the market dynamics and demographic trends, our team will focus on maximizing the performance and investment value of your asset.

**NEWMARK**



# PROPOSED BROKERAGE COMMISSION RATE & STRUCTURE

**Compensation for our brokerage are structured to best meet the needs of our clients. Our proposed brokerage fees for this assignment is as follows:**

- ## Fee Structure:

Newmark proposes a brokerage fee due and payable at closing equal to three (3%) of the gross purchase price.

If a cobroker representing the Buyer is involved in this transaction, the brokerage fee shall increase (1%).

- ## Marketing Budget:

All marketing expenses associated with the national marketing campaign of the subject property, including but not limited to, professional photography, graphic design, production of marketing collateral, access to all internet and social media marketing platforms & email campaigns, are included in the brokerage fee.

- ## Term of the Listing Agreement:

Six months with the option to extend an additional six months.

- ## Reporting:

Newmark will provide Ownership a monthly report listing all marketing activity, prospects, and next actions.

# SALES STRATEGY PLAN & MARKETING

**1**  **Offering Memorandum & Marketing Flyer**

A marketing flyer and a detailed offering memorandum will be created for the disposition of this asset.

**2**  **Collateral & Marketing Platforms**

Prominent building signage will be installed, on each property. Each asset will be listed on all commercial real estate marketing platforms.

  

**3**  **Social Media**

Using focused, target marketing, the property will be introduced on Social Media websites such as Twitter, LinkedIn, Facebook, Instagram, and CCIM Deal Share.



**4**  **Drone Technology/Professional Photographing**

All property photos, aerials and exterior tour video will be performed by a 4K drone. Drone technology effectively gives every buyer a handheld tour of the property's exterior and the entire neighborhood.

*For more information:*



**Martin J. Perry**
**NEWMARK**
210 Sixth Avenue, Suite 600
Pittsburgh, PA 15222
martin.perry@nmrk.com

T   412.434.1031
M  412.310.2315

ABOUT NEWMARK

## We transform untapped potential into limitless opportunity.

**At Newmark, we don't just adapt to what our partners need—
we adapt to what the future demands.**
Since 1929, we've faced forward, predicting change and pioneering ideas. Almost a century later, the same strategic sense and audacious thinking still guide our approach. Today our integrated platform delivers seamlessly connected services tailored to every type of client, from owners to occupiers, investors to founders, and growing startups to leading companies.

**Tapping into smart tech and smarter people, Newmark brings ingenuity to every exchange and transparency to every relationship.**
We think outside of boxes, buildings and business lines, delivering a global perspective and a nimble approach. From reimagining spaces to engineering solutions, we have the vision to see what's next and the tenacity to get there first.



Licensed in Pennsylvania as Newmark Real Estate